Date signed January 08, 2014



PAUL MANNES
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| | | | |
|---|---|---|---|
| In Re: | * | | |
| JANET FERNANDEZ | * | Case No. | 13-30180PM |
| | * | Chapter | 13 |
| | * | | |
| Debtor(s) | * | | |

### MEMORANDUM TO DEBTOR

The Debtor commenced this case by the filing of a voluntary petition on December 2, 2013, and was given until December 16, 2013, to file all missing documents. An Order to Show Cause Why Case Should Not Be Dismissed for Failure to Complete Required Filings was entered December 20, 2013, requiring the Debtor to show cause in a writing filed with the Clerk by January 3, 2014, why this case should not be dismissed for failure to complete required filings. To date, the Debtor has failed to file all required documents or to respond to the Order to Show Cause; accordingly, the Debtor is directed to file by **January 17, 2014**, the following :

- ☐ Chapter 13 Plan
- ☐ Certificate of mailing Chapter 13 Plan to all creditors
- ☐ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income
- ☐ Schedules A - J
- ☐ Statement of Financial Affairs
- ☐ Credit Counseling Certificate
- ☐ Summary of Schedules

**FAILURE BY THE DEBTOR TO COMPLY WITH THIS MEMORANDUM WILL RESULT IN THE DISMISSAL OF THIS CASE.**

cc: Janet Fernandez
7104 Nedwood Road
Derwood, MD 20855

Trustee
Nancy Spencer Grigsby
4201 Mitchellville Road
Suite 401
Bowie, MD 20716

**End of Memorandum**